IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSE ENRIQUE BLANCO CABRERA, <br><br> Petitioner, <br><br> v. <br><br> KEVIN RAYCRAFT, Field Office Acting Director U.S. Department of Homeland Security Immigration and Customs Enforcement and Removal Operations, Detroit Field Office, *et al.*, <br><br> Respondents. | CASE NO. 4:26-cv-00085 <br><br> JUDGE DAVID A. RUIZ <br><br> MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG <br><br> ORDER OF CASE DISMISSAL |

The Court hereby GRANTS Petitioner's Motion to Voluntarily Dismiss Habeas Petition (R. 21).  Defendants' Motion to Dismiss (R. 18) is denied as moot. This case is closed.

IT IS SO ORDERED.

Date: April 27, 2026                                  /s/*David A. Ruiz*
                                                      David A. Ruiz
                                                      United States District Judge